# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jane Zelenak, former RN of DOC STW,      Civil No. 15-cv-3315 (PJS/TNL)

    Plaintiff,

v.      **ORDER**

Nanette Larson, Director of Health Service
DOC STW,

    Defendant.

---

Jane Zelenak, 12903 Forty-Fifth Avenue North, Plymouth, MN 55442 (pro se Plaintiff);

Ian M. Welsh, Assistant Attorney General, Minnesota Attorney General's Office, 455 Minnesota Street, Suite 1800, St. Paul, MN 55101 (for Defendant).

---

    Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 14, 2017 (ECF No. 47), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  March 9, 2017      s/Patrick J. Schiltz
    The Honorable Patrick J. Schiltz
    United States District Court Judge
    for the District of Minnesota